## SINCLAIR–ALLISON, INC., Plaintiff–Appellant,

v.

## FIFTH AVENUE PHYSICIAN SERVICES, LLC, Fifth Avenue Agency, Inc., Primoris Credentialing Network, and Profile Verification Services, Defendants–Appellees.

No. 2013–1177.

United States Court of Appeals, Federal Circuit.

Sept. 12, 2013.

Nathaniel B. Webb, Sinclair–Allison, Inc., of Akron, OH, argued for the plaintiff-appellant. With him on the brief was Daniel A. Thomson.

John A. Kenney, McAfee & Taft, of OK City, OK, argued for defendants-appellees.

RADER, Chief Judge, DYK, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is.

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.